JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

| No. | 2:20-cv-11326-ODW (MRWx) | Date | November 24, 2021 |
|---|---|---|---|
| Title | Eliza Sedaghatfar v. Solace Oral Surgery, P.C. | | |

| Present: The Honorable | Otis D. Wright II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not present | | Not present |

**Proceedings (In Chambers):**

Pursuant to the parties' Joint Stipulation to Dismiss Case (ECF No. 19) and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), **IT IS HEREBY ORDERED** that:

1. The entire action and all claims asserted therein by Plaintiff individually are hereby **DISMISSED WITH PREJUDICE**; and

2. The entire action and all claims asserted therein by the putative class are hereby **DISMISSED WITHOUT PREJUDICE**; and

3. All dates and deadlines in this action are **VACATED** and taken off calendar.

The Clerk of the Court shall close this case.

**IT IS SO ORDERED.**

:   00

Initials of Preparer   SE